## Frances E. Schmidt, Appellant, v. Bernice Schmidt Edmonds et al., Appellees.

**Gen. No. 43,127.**

Heard in the third division, first district, this court at the June term, 1944; opinion filed December 20, 1945; rehearing denied January 8, 1946; released for publication January 8, 1946. Jesse H. Brown, for appellant; Eugene P. Kealy and Francis L. Brinkman, for certain appellees. Opinion by JUSTICE LEWE. Not to be published in full.